# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KINGRALE COLLINS**
**ADC # SK945**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 5:09CV00152 BSM/BD**

**JOHN WHALEY**                                                                                    **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint is DISMISSED without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Orders of June 2, 2009, and June 29, 2009.

IT IS SO ORDERED, this 10th day of September, 2009.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE