# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KINGRALE COLLINS**
**ADC # SK945**                                                                                **PLAINTIFF**

V.                              CASE NO. 5:09CV00152 BSM/BD

**JOHN WHALEY**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, under Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 10th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE